**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 4:25-cv-10046-GAYLES/SHAW-WILDER**

**JOHN THIELEN,**

     Plaintiff,

**v.**

**BENTLEY MOTORS, INC.,**

     Defendant.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on the Omnibus Report and Recommendation of Magistrate Detra Shaw-Wilder (the "Report") [ECF No. 29] regarding Defendant Bentley Motors, Inc.'s Motion to Dismiss ("Defendant's Motion"), [ECF No. 5], and Plaintiff John Thielen's Motion to Confirm Arbitrator's Final Award ("Plaintiff's Motion"), [ECF No. 11]. On March 23, 2026, Judge Shaw-Wilder issued her Report recommending that Plaintiff's Motion be granted and that Defendant's Motion be denied. [ECF No. 29]. On March 30, 2026, Defendant filed its Notice of Objections to Magistrate Report and Recommendations (the "Objections"). [ECF No. 31]. On April 6, 2026, Plaintiff filed his Response to the Objections (the "Response"). [ECF No. 33].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has conducted a *de novo* review of the record, including the Report, Plaintiff's and Defendant's Motions, Defendant's Objections, and Plaintiff's Response. The Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusion that Plaintiff's Motion should be granted and that Defendant's Motion should be denied.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)      Magistrate Judge Shaw-Wilder's Report and Recommendation, [ECF No. 29], is **ADOPTED in full.**

(2)      Defendant's Motion to Dismiss, [ECF No. 5], is **DENIED**;

(3)      Plaintiff's Motion to Confirm Arbitrator's Final Award, [ECF No. 11], is **GRANTED**.

(4)      The BBB AUTO LINE's Arbitration Award, [ECF No. 1-4], is **CONFIRMED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of April 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE